

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION # o-6849 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.